```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUNG YUN,

                Plaintiffs,                07 CIVIL 1423 (DAB)

    -against-                           **JUDGMENT**

ORCHESTRIA CORPORATION, BO MANNING,
DAVID DILL, BILL BUTLER, NICK WETTON
and PAUL JOHNS,
                Defendants.
------------------------------------------------------------X

       Defendants having moved to dismiss the complaint, or in the alternative to stay plaintiff's claims pending arbitration, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 31, 2009, having rendered its Order granting defendants' motion to dismiss the action, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2009, defendants' motion to dismiss the action is granted; accordingly, the case is closed.

Dated: New York, New York
          March 31, 2009

                                         J. MICHAEL McMAHON
                                             Clerk of Court
                    BY:
                                              Deputy Clerk

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON _____